UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Garciana Manalo,

      Plaintiff,                     Civil No. 07-4557 (RHK/AJB)

vs.                                **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Wyeth, Wyeth Pharmaceuticals, Inc.,
Wyeth-Ayerst Pharmaceuticals, Inc.,
Wyeth-Ayerst International Inc., Wyeth
Laboratories Inc., Wyeth Pharmaceuticals,
Pharmacia & Upjohn, Inc., Pharmacia & Upjohn
Company, Pharmacia & Upjohn LLC, Pharmacia
& Upjohn Company LLC, Pharmacia Corporation,
Pfizer, Inc., Barr Laboratories, Inc., Barr
Pharmaceuticals, Inc., Watson Pharmaceuticals Inc.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 9, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge